

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2021

No. 04-21-00369-CV

**IN THE INTEREST OF L.L.B, J.A.B, J.A.B, A.J.B., AND B.B.L., CHILDREN,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01007
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

On October 5, 2021, we abated this appeal to the trial court for the appointment of new appellate counsel to represent appellant J.J.B. On October 6, 2021, the trial court signed an order appointing Manuel Rodriguez to represent appellant J.J.B. in this appeal.

We LIFT the abatement and REINSTATE the appeal on this court's docket. Appellant J.J.B.'s brief and appellant A.N.L.'s brief are due on or before **November 2, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court